# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1820
Lower Tribunal No. 2020CA-001723-0000-00

_____

ELLEN VERDONE,

Appellant,

v.

COLONIAL INDUSTRIES, INC. and WILLIAM H. TAYLOR,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
Wayne M. Durden, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Bradley A. Muhs and Charles M. Harris, Jr., of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, St. Petersburg, for Appellant.

Ted W. Weeks, IV, of Ted W. Weeks IV, P.A., Lakeland and James C. Valenti, of James C. Valenti, P.A., Lakeland for Appellee Colonial Industries, Inc.

No Appearance for Appellee, William H. Taylor.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED